IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal No. 12-MJ-00118-DLW

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**1. JUAN RAMON LOERA-SANDOVAL,**

**Defendant.**

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Jean Lyle, the Interpreter, scheduled to appear for the Arraignment and Discovery Conference scheduled in this matter for May 1, 2012 at 3:00 p.m. contacted the Court and advised that she had a conflict with another court on that date and time and requested the matter be rescheduled. After consulting with the government and counsel for the Defendant;

**IT IS HEREBY ORDERED** that the Arraignment and Discovery Conference previously scheduled for May 1, 2012 at 3:00 p.m. is **VACATED and RESCHEDULED for May 7, 2012 at 3:00 p.m.** before the Magistrate Judge in Durango, Colorado.

**DATED: April 17, 2012.**

BY THE COURT:

s/David L. West
**United States Magistrate Judge**